# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161719-20

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* P.M.L., Minor.

SC: 161719
COA: 351143
Shiawassee CC Family Division:
  18-003915-AY

_____/

*In re* S.R.L., Minor.

SC: 161720
COA: 351144
Shiawassee CC Family Division:
  18-003916-AY

_____/

On order of the Court, the application for leave to appeal the May 21, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2020



Clerk

b0923